JOSEPH WALSH v. NEW YORK RAILWAYS CORPORATION, Impleaded, etc.—

Motion granted. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.